Fulton Leroy Washington
Federal No. 08204-112
U.S. Penitentiary
3901 Klein Blvd
Lompoc, CA 93436-2706

in Pro Se



# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States Of America, | ) | CASE NO: CV-01-08491-DDP |
| Plaintiff/Respondent, | ) | [CR-96-557-DDP] |
| | ) | |
| vs. | ) | NOTICE OF MOTION PURSUANT |
| | ) | TO ALL WRITS ACT 28 U.S.C. |
| Fulton Leroy Washington, | ) | § 1651(a) |
| Defendant/Petitioner. | ) | |
| | ) | |

## NOTICE OF MOTION HEARING FOR

## WRIT OF AUDITA QUERELA

**TO:** Assistant United States Attorney, Patrick Fitzgerald, Counsel For Plaintiff:

**PLEASE TAKE NOTICE** that on November 24, 2008, at 10:00 a.m., or as soon thereafter as he may be heard, in the courtroom of Honorable Dean D. Pregerson, United States District Court Judge for the Central District of California, Pro Se defendant Fulton Leroy Washington ("Petitioner") will move the Court through these pleadings for a Writ of Audita Querela pursuant to All Writs Act 28 U.S.C. § 1651(a) to fill gaps in the existing post-conviction remedial framework and be granted relief of sentence imposed in error.

DATED: OCTOBER 31, 2008            Respectfully Submitted,

                                   _____
                                   Fulton Leroy Washington, Pro Se

# TABLE OF CONTENTS

| | PAGE |
|---|---|
| Table Of Authorities | ii |
| Memorandum Of Points And Authorities | 1 |
| Preface | 1 |
| Authorization To File Audita Querela/Generally | 2 |
| Jurisdiction | 2 |
| Pro Se Status | 2 |
| Request For Appointment Of Counsel | 3 |
| Request For Evidentiary Hearing | 3 |
| Related Cases | 4 |
| Introduction | 5 |
| Factual Statement And Summary Of Prior Proceedings | 5 |
| Arguments | 7 |
| Writ Of Audita Querela | 8 |
|   Gaps In Post Conviction Remedial Framework | 11 |
|     A) Gap At Circuit Court Level | 11 |
|     B) Gap At The District Court Level | 12 |
|     C) A Gap Exists In The Post Conviction Remedial Framework If F.R.Civ.P. Rule 63 Does Not Apply To Post Conviction Proceedings... | 13 |
|   Legal Defects In Sentence That Taint Conviction | |
|     A) Jurisdictional Defect | 15 |
|     B) Structural Defect | 18 |
| Washington's Sentence Is Grossly Disproportionate To His Charged Conduct And Pleads For A Humane Sentence | 22 |
| Conclusion | 24 |
| *Appendix and Exhibits* | |
| CERTIFICATE AND PROOF OF SERVICE | |

**TABLE OF AUTHORITIES**

Apprendi v. New Jersey, 530 U.S. 466 (2004)
pg(s) 3, 4, 7, 9, 11, 12, 18, 21, 22, 23

Bousley v. United States, 523 U.S. 614, 620 (1998)
pg. 10

Carrington v. United States, 503 F.3d 880, 890 n.2 (9th Cir. 2007)
pg(s) 7, 8, 14, 15

Davis, 453 U.S. at 374-75 (1982)
pg. 23

New York Life Insurance Co. v. Brown, 84 F.3d (5th Cir. 1996)
pg(s) 16-17

DOE v. I.N.S., 120 F.3d 200 (9th Cir. 1997)
pg(s) 2, 14, 15

Ezelona v. I.N.S., Dept. Of Homeland Sec. 355 F.3d 539 (6th Cir. 2004)
pg. 9

Gall v. United States, 128 S.Ct. 558, 574, 169 L.Ed 2d 481
pg. 13                                                     (Dec. 10, 2007)

Gonzales v. Crosby, 125 S.Ct. 2641, 2645-46 n(2005)
pg. 16, 17

Griffith v. Kentucky, 479 U.S. 314, 328 (1987)
pg(s) 7, 10, 22

Haines v. Kerner, 404 U.S. 519 (1972)
pg. 2

Hammelin v. Michigan, 501 U.S. 957, 1001 (1991)
pg. 23

In Re Winship
pg(s) 3, 18

Kimbrough v. United States, 128 S.Ct. 558, 574, 169 L.Ed. 2d. 481
pg. 13                                                       (Dec. 10, 2007)

Rita v. United States, 127 S.Ct. 2456, 2469, 168 L.Ed, 203
pg. 13

**TABLE OF AUTHORITIES**

Medeires v. Shimoda, 889 F.2d 819, 825 (9th Cir.)
pg. 10

Ring v. Arizona
pg. 3

Rummel v. Estella, 445 U.S. 263, 284-85 (1980)
pg. 23

Solem v. Helm, 436 U.S. 277, 290 (1983)
pg(s) 22, 23

United States v. Ameline, 376 F. 3d 967 (9th Cir. 2004)
pg(s) 6, 20

United States v. Ayala, 894 F. 2d 425 (DC Cir. 1990)
pg 20

United States v. Blakely
pg(s) 3, 6, 7

United States v. Bravo-Diaz, 995 (9th Cir. 2002)
pg. 1

United States v. Cotton, 535 U.S. 625, 152 L.Ed. 2d 860, 122 S.Ct. 1781(2003)
pg(s) 3, 7, 17

United States v. Harris
pg. 3

United States v. John Eric O'Neal, CR-96-557-DDP-3  CV-00-12004-DDP-4
pg. 4

United States v. Frederick Lamar Hamilton, CR-96-557-DDP-1
pg. 4

United States v. Morgan, 346 U.S. 502, 510, 74 S.Ct 247, 98, L.Ed. 248 (1954)
pg(s) 1, 2, 3

United States v. Miller, 197 F.3d at 646
pg(s) 14, 15

**United States v. Salgardo**, 692 F. Supp at 1267-69
pg. 24

## TABLE OF AUTHORITIES

United States v. Valdez-Pacheco, 237 F. 3d 1077, 1080
pg(s) 1, 7, 8, 10                                (9th Cir. 2001)

United States v. Velasco-Herdia, F.3d 963 (9th Cir. 2001)
pg. 21

Watts v. United States, 841 F.2d 275, 277 (9th Cir. 1988)
pg. 10

Weems v. United States, 217 U.S. 349, 382 (1910)
pg. 22

Williams v. New Orleans Public Service Inc., 728 F.2d 730, 735
pg(s) 16, 17                                     (5th Cir. 1984)

## TABLE OF AUTHORITIES
### STATUTES

**FEDERAL RULES OF APPELATE PROCEDURE (F.R.A.P) Rule 28(j)**

pg. 12

**FEDERAL RULES OF CIVIL PROCEDURE**

| | | |
|---|---|---|
| F.R.Civ.P. Rule 60 | pg. 6 | |
| 60(b) | pg. 6 | |
| 60(b)(4) | pg. 6, 24 | |
| 60(b)(6) | pg. 2, 6, 16 | |
| 63 | pg. 4, 6, 8, 13, 14 | |
| 15(d) | pg. 9 | |
| 18 | pg. 4 | |
| 19 | pg. 4 | |

**FEDERAL SENTENCING GUIDLEINES**

pg(s) 4, 16, 18, 20

**7 Am. Jur. 2d Audita Querla § 1**

pg. 9

**18 U.S.C. § 3553(a)**

pg. 24

**21 U.S.C**

| | |
|---|---|
| 841(a)(1) | pg. 15, 17, 19 |
| 841(b) | pg. 15 |
| 841(b)(1)A B or C | pg. 15, 16, 17, 18 |

**28 U.S.C. § 1651**

pg(s) 7, 8

**28 U.S.C. § 1651(a)**

pg(s) 1, 2, 4, 10

**28 U.S.C. § 2254**

pg. 8

**28 U.S.C. § 2255**

pg(s) 3, 8, 9, 11, 13, 14